JOSEPH W. TRUNBULL, Respondent, *v.* ELI OSBORN et al., Appellants.

(Submitted May 8, 1874 ; decided September term, 1874.)

THIS was an action for money lent and advanced. The only question was, whether the money was loaned to defendants or to one McBain. The referee found in favor of defendants. The General Term reversed the judgment, and granted a new trial.

*Erastus Cooke* for the appellants.

*Crooke, Bergen & Clement* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Order affirmed.

---

THE BLACK RIVER BANK, Respondent, *v.* JACOB H. MARKELL, impleaded, etc., Appellant.

(Submitted May 8, 1874 ; decided September term, 1874.)

DECIDED on the facts in the case.

*Anson B. Moore* for the appellant.

*Levi O. Brown* and *M. H. Merwin* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.